## JOEL THOMAS
### v.
## JAMES McPHERSON

### 1811

### JOURNAL ENTRIES

1. Depositions opened . . . . . . . . . *Journal, infra,* *p. 345
2. Declaration filed . . . . . . . . . . . . " 380
3. Special bail; plea; issue; continuance . . . . . . . " 383
4. Appearance . . . . . . . . . . . . . . " 418
5. Appearance . . . . . . . . . . . . . . " 418
6. Plea filed . . . . . . . . . . . . . . " 418
7. Replication filed; issue . . . . . . . . . " 419
8. Demurrer overruled . . . . . . . . . . . " 420

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . .
2. Notice of taking depositions . . . . . . . . . . . .
3. Commission to take depositions; subpoenas; and depositions of Moses Tidd and Isaac Myers . . . . . . . .
4. Commission to take depositions . . . . . . . . . .
5. Depositions of Daniel Jones, Thomas Sayre, Israel Marsh, and Benjamin Hudell . . . . . . . . . .
6. Declaration . . . . . . . . . . . . . . . .
7. Plea in abatement; demurrer . . . . . . . . . *Printed in Vol. 2*